**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **MARC ARRON PETERS,** | § | |
| **Wichita County Jail No. 68458,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:23-cv-073-O** |
| | § | |
| **SHERIFF DEP'T EMPLOYEES, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>JUDGMENT</u>

This action came on for consideration, and Plaintiff having failed to provide the Court with his current address,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED** without prejudice.

**SIGNED** this **18th day** of **August, 2023.**

_Reed O'Connor_
_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**